IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ZACHARY SEAN LAYNE, #28571-078 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:22-CV-69-SDJ |
| | § | CRIMINAL NO. 4:19-CR-119(1)-SDJ |
| UNITED STATES OF AMERICA | § | |

**ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #7) recommending that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied and the case be dismissed with prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 24th day of January, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE